JPML FORM 1A - Continuation

DOCKET ENTRIES -- p. 1.

DOCKET NO. 452 -- In re Wheat Farmers Antitrust Class Action Litigation (No. II)

| Date | Ref | Pleading Description |
|---|---|---|
| 80/12/11 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A THROUGH C -- Continental Grain Company w/cert. of svc. Suggested Transferee District: W.D. Oklahoma  Suggested Transferee Judge: (ds) |
| 80/12/12 | 2 | RESPONSE -- pltf. Robert L. Barr w/cert. of svc. (ds) |
| 80/12/22 | | APPEARANCE -- Ben L. Burdick, Esquire for Cargill, Inc.  J. David Officer, Esquire for Garnac Grain Co.  Burck Bailey, Esquire for Bunge Corp.  Elliott C. Fenton, Esq. for Louis Dreyfus Corp.  James C. Thomas, Esq. for Robert L. Barr, et al.  James W. Witherspoon, Esq. for T. M. Borden, et al. |
| 80/12/29 | 3 | RESPONSE -- pltf. Jack Williams, et al. w/cert. of svc. (ds) |
| 81/01/05 | 4 | REPLY MEMORANDUM -- Continental Grain Co. -- w/cert. of svc. (ds) |
| 81/01/23 | | PANEL HEARING: Setting Motion to Transfer for Panel Hearing on February 26, 1981 in San Antonio, Texas (cds) |
| 81/02/24 | | WAIVER OF ORAL ARGUMENT -- All Waive (ds) |
| 81/03/16 | | CONSENT OF TRANSFEREE DISTRICT -- Signed by Judge Daugherty |
| 81/03/16 | | TRANSFER ORDER -- Transferring A-2 to the Western District of Oklahoma before the Honorable Fred A. Daugherty for coordinated or consolidated pretrial proceedings with the action already in that district -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 452 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WHEAT FARMERS ANTITRUST CLASS ACTION LITIGATION (NO. II)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/16/81 | TO | Unpublished | W.D. Oklahoma | Fred A. Daugherty | |

Special Transferee Information

DATE CLOSED: 1/23/23

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 452 -- In re Wheat Farmers Antitrust Class Action Litigation No. II

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert L. Barr, et al. v. Clarence Palmby, et al. | W.D.OK. Daugherty | CIV80-758-D | | | 11/23/83 D | |
| A-2 | Jack Williams, et al. v. Continental Grain Company | N.D.Tex. Robinson | CA2-80-202 | | | 10/3/83 D | |

Docket Closed 11/23/83

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 452 -- In re Wheat Farmers Antitrust Class Action Litigation (No. II)

---

CONTINENTAL GRAIN COMPANY
Mark H. Alcott, Esquire
Paul, Weiss, Rifkind, Wharton
  & Garrison
345 Park Avenue
New York, New York   10154

CLARENCE D. PALMBY (No App. Rec'd)
Robert J. Emery, Esquire
Robert J. Emery & Associates
2120 First National Center West
Oklahoma City, Oklahoma   73102

CARGILL, INC.
Ben L. Burdick, Esquire
Crowe, Dunlevy, Thweatt, Swinford,
  Johnson & Burdick
1700 Liberty Tower
Oklahoma City, Oklahoma   73102

GARNAC GRAIN COMPANY
J. David Officer, Esquire
Cadwalader, Wickersham & Taft
One Wall Street
New York, New York   10005

BUNGE CORPORATION
Burck Bailey, Esquire
Fellers, Snider, Blankenship,
  Bailey & Tippens
2700 First National Center
Oklahoma City, Oklahoma   73102

LOUIS DREYFUS CORP.
Elliott C. Fenton, Esquire
Fenton, Fenton, Smith,
Reneau & Moon
Court Plaza Building
P.O. Box 1638
Oklahoma City, Oklahoma   73101

COOK INDUSTRIES (No App. Rec'd)
Page Dobson, Esquire
Rhodes, Hieronymus, Holloway
  & Wilson
1100 Continental Savings Building
101 Park Avenue
Oklahoma City, Oklahoma   73102

ROBERT L. BARR, ET AL. (A-1)
James C. Thomas, Esquire
Doyle, Holmes, Green & Harris
P.O. Box 1679
Tulsa, Oklahoma   74101

T. M. BORDEN, ET AL. (A-2)
James W. Witherspoon, Esquire
Witherspoon, Aikin & Langley
P.O. Box 1818
Hereford, Texas   79045

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 452 -- In re Wheat Farmers Antitrust Class Action Litigation (No. II)

| Name of Party | Named as Party in Following Actions |
|---|---|
| Continental Grain Company | A-1, A-2 |
| Clarence Palmby | A-1 |
| Cargill, Inc. | A-1 |
| Louis Dreyfus Corp. | A-1 |
| Cook Industries | A-1 |
| Garnac Grain Company | A-1 |
| Bunge Corporation | A-1 |
|  |  |
|  |  |
|  |  |

JPML FORM 3

p. __1__