JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 16 1981

PATRICIA D. HOWARD
CLERK OF THE PANEL

3/16/81

DOCKET NO. 452

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WHEAT FARMERS ANTITRUST CLASS ACTION LITIGATION (No. II)

TRANSFER ORDER

This litigation consists of two actions, one each pending in the Northern District of Texas and the Western District of Oklahoma. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Continental Grain Company, a defendant in both actions, to transfer the Texas action to the Western District of Oklahoma for coordinated or consolidated pretrial proceedings with the action pending there.

The Panel finds on the basis of the papers submitted[1] that the actions in this litigation raise common questions of fact and that centralization of these actions in the Western District of Oklahoma under Section 1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The Panel further finds that centralization of these actions in the Western District of Oklahoma is appropriate for the reasons expressed by the Panel in our opinion ordering transfer in MDL-129, In re Wheat Farmers Antitrust Class Action Litigation, an earlier multidistrict docket related to the actions presently before the Panel. See In re Wheat Farmers Antitrust Class Action Litigation, 366 F.Supp. 1087 (J.P.M.L. 1973).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Northern District of Texas be, and the same hereby is, transferred to the Western District of Oklahoma and, with the consent of that court, assigned to the Honorable Fred Daugherty for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

[1] The parties waived their right to oral argument and therefore the question of transfer under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

SCHEDULE A

MDL-452 -- In re Wheat Farmers Antitrust Class Action Litigation (No. II)
        Northern District of Texas
    Jack Williams, et al. v. Continental Grain Co.,
        C.A. No. CA2-80-202
        Western District of Oklahoma
    Robert L. Barr, et al. v. Clarence Palmby, et al.,
        C.A. No. CIV80-758-D